EMIL JANSSEN, Respondent, v. ALEXANDER MEISELS, Appellant.— Judgment unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

HERBERT HILDER, Respondent, v. MORRIS W. ROBERTS, Appellant, and Another.*— Judgment and order affirmed, with costs. Van Kirk, P. J., Hinman, Davis and Hill, JJ., concur, Whitmyer, J., dissents and votes for reversal and dismissal of the complaint, on the ground that there is no evidence to support the verdict on the question as to the implied consent of the owner.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. TONY FERRO, Appellant.— Judgment of conviction unanimously affirmed. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

SOPHIA GREENBAUM, Appellant, v. TOTEM LODGE, INC., Respondent, Impleaded with Another.— Judgment unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

SOUTH FALLSBURGH BUTCHERS, INC., Respondent, v. JULIUS DOLOBOVSKY, Appellant.— Order unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HARRISON D. JENNINGS, Probation Officer, Children's Court, Hamilton County, Respondent, v. HOWARD ROLLMAN, Appellant.— Order of filiation reversed, on the facts, and complaint dismissed, on the ground that the evidence is insufficient to sustain the order. The sureties upon the defendant's bond are discharged. Van Kirk, P. J., Hinman, Whitmyer and Hill, JJ., concur; Davis, J., dissents and votes for affirmance.

In the Matter of the Estate of ELIZABETH BENSON, Deceased.— Order of the Surrogate's Court unanimously affirmed, with costs payable out of the estate. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.